# Exhibit A







Case 1:26-cv-02013    ECF No. 1-1,  PageID.27    Filed 07/07/26    Page 3 of 3





3:22

19m




**December 8, 2024**
8:02 PM

•••





