UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


JANE DOE,

      Plaintiff,

                                           Case No. 1:26-cv-2013

v.

                                           HON. JANE M. BECKERING

KALAMAZOO PUBLIC SCHOOL SYSTEM,
et al.,

      Defendants.

_____/


**ORDER**

Plaintiff, purportedly proceeding as "Jane Doe," filed this Complaint on July 7, 2026 (ECF No. 1).  The Federal Rules of Civil Procedure require that a complaint "name all the parties."  FED. R. CIV. P. 10(a); *see also Citizens for a Strong Ohio v. Marsh*, 123 F. App'x 630, 636 (6th Cir. 2005) ("[p]laintiffs are permitted to proceed under pseudonyms only under certain circumstances that justify an exception to this rule") (citing *Doe v. Porter*, 370 F.3d 558, 560 (6th Cir. 2004)).  Failure to obtain court approval to proceed anonymously deprives the court of jurisdiction to hear the matter.  *See Marsh*, 123 F. App'x at 636–37 ("Failure to seek permission to proceed under a pseudonym is fatal to an anonymous plaintiff's case, because … the federal courts lack jurisdiction over the unnamed parties").  Accordingly:

**IT IS HEREBY ORDERED** that Plaintiff will, not later than July 24, 2026, either amend her Complaint to properly identify her legal name or file a motion to proceed under a pseudonym.

**IT IS FURTHER ORDERED** that in the event Plaintiff elects to file a motion to proceed under a pseudonym, Plaintiff shall serve the motion on Defendants and file Proof of Service of the same.

Dated:  July 10, 2026                                          /s/ Jane M. Beckering
                                                          JANE M. BECKERING
                                                          United States District Judge