UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JANE DOE, an individual and citizen of the
State of Florida,

                Plaintiff,

    v.

KALAMAZOO PUBLIC SCHOOL
SYSTEM, a Michigan Public School, and
AARON SAUTER, a citizen of the State of
Michigan, in his individual and official
capacity,

                Defendants.

Case No. 1:26-cv-2013
Hon. Jane M. Beckering

/

**CERTIFICATE OF COMPLIANCE WITH
LOCAL RULE 7.1(d) REGARDING PLAINTIFF'S CORRECTED
MOTION TO PROCEED UNDER PSEUDONYM**

Counsel for Plaintiff, Joel B. Sklar, contacted counsel for Defendant Kalamazoo Public School System, Bogomir Rajsic, III and counsel for Defendant Aaron Sauter, Kevin J. Rogagen, by email and phone conference prior to the filing of the instant motion.  Specifically, undersigned contacted Defendants' counsel by email on July 17, 2026 and by phone on July 20, 2026 indicating the reasons for anonymity detailed in Plaintiff's previously filed motion which both counsel had received.

On July 20, 2026 counsel for Plaintiff and counsel for Defendant Aaron Sauter had a phone conference and Defendant Aaron Sauter's counsel stated that he would not concur.

On July 20, 2026 counsel for Plaintiff and counsel for Defendant Kalamazoo Public School System had a phone conference and Defendant KPSS's counsel stated that he would not concur at this time.

Respectfully submitted,

*s/ Joel B. Sklar*
Joel B. Sklar (P38338)
500 Griswold, Suite 2450
Detroit, MI 48226
313-963-4529
Attorney for Plaintiff
Dated:  July 20, 2026          Joel@joelbsklarlaw.com