UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JANE DOE, an individual and citizen of the
State of Florida,

                Plaintiff,

     v.

KALAMAZOO PUBLIC SCHOOL
SYSTEM, a Michigan Public School, and
AARON SAUTER, a citizen of the State of
Michigan, in his individual and official
capacity,

                Defendants.

Case No. 1:26-cv-2013
Hon. Jane M. Beckering

                              /

## **CERTIFICATE OF SERVICE**

Richelle A. McCall, being first duly sworn, deposes and says that she is a Legal Practice Specialist for the Law Offices of Joel B. Sklar, and that on July 20, 2026, she served a true and complete copy of Plaintiff's Corrected Motion to Proceed Under Pseudonym with supporting brief and Certificate Regarding Compliance with LCivR 7.1(d) by electronic mail upon:

Beau Rajsic
McGraw Morris Masud
Attorney for Defendant Kalamazoo Public School System
brajsic@mcgrawmorris.com

Kevin J. Roragen
Foster Swift Collins & Smith PC
Attorney for Defendant Aaron Sauter
kroragen@fosterswift.com

                                      */s/ Richelle A. McCall*

Dated:  July 20, 2026                    Richelle A. McCall